Louis E. Skolnik, Appellant, v. Susco Production, Manford C. Susman and E. M. Robinson, Defendants.

E. M. Robinson, Appellee.

Gen. No. 45,403.

Maurice H. Kamm and Irving Goodman, for appellant; Louis S. Gunn, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.